1  THE JANEY LAW FIRM
   Derrelle M. Janey*
2  *djaney@thejaneylawfirm.com*
   111 Broadway, Suite 701
3  New York, New York 10006
   Telephone: (646) 289-5276
4  *Admitted Pro Hac Vice**

5  ROBERT C. GOTTLIEB AND ASSOCIATES PLLC
   Robert C. Gottlieb*
6  *rgottlieb@robertcgottlieblaw.com*
   111 Broadway, Suite 701
7  New York, New York 10006
   Telephone: (212) 566-7766
8  *Admitted Pro Hac Vice**

9  DIAMOND McCARTHY LLP
   Ryan M. Lapine (SBN 239316)
10 *Ryan.lapine@diamondmccarthy.com*
   333 South Hope Street, Suite 4050
11 Los Angeles, California 90071
   Telephone: (424) 278-2335
12 Facsimile:  (424) 278-2339

13 Attorneys for Defendant
   Melinda Elizabeth Green

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-01566-DMS |
| Plaintiff, | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| v. | |
| CHARLES RONALD GREEN, JR. (1) MELINDA ELIZABETH GREEN (2), | Action Filed: June 10, 2020 |
| Defendants. | |

1     PLEASE TAKE NOTICE THAT, subject to approval by the court, Melinda
2 Elizabeth Green, defendant, substitutes:
3     THE JANEY LAW FIRM
    Derrelle M. Janey* (LEAD)
4     djaney@thejaneylawfirm.com
    111 Broadway, Suite 701
5     New York, New York 10006
    Telephone: (646) 289-5276
6     *Admitted Pro Hac Vice*

7     ROBERT C. GOTTLIEB AND ASSOCIATES PLLC
    Robert C. Gottlieb*
8     rgottlieb@robertcgottlieblaw.com
    111 Broadway, Suite 701
9     New York, New York 10006
    Telephone: (212) 566-7766
10     *Admitted Pro Hac Vice*

11
12     DIAMOND McCARTHY LLP
    Ryan M. Lapine (SBN 239316)
13     Ryan.lapine@diamondmccarthy.com
    333 South Hope Street, Suite 4050
14     Los Angeles, California 90071
    Telephone: (424) 278-2335
15     Facsimile: (424) 278-2339

16 as counsel of record in place of Richard A. Moss and William Charles Fleming, Jr.,
17 each of whom will no longer represent the defendant Melinda Elizabeth Green in this
18 case.
19
20 I consent to the above substitution:
21 Date: 2/25/21      By: /s/ Melinda Green
22                                              Melinda Elizabeth Green
23 I consent to being substituted:
24 Date: 2/22/21      By: /s/ Richard Moss
25                                              Richard A. Moss
26 I consent to being substituted:
27 Date: 2/22/21      By: /s/ W. Fleming
28                                              William Charles Fleming, Jr.

| | | |
|---|---|---|
| 1 | I consent to the above substitution: | |
| 2 | Date: 2/25/2021 | By: _[signature]_ |
| 3 | | Derrelle M. Janey |
| 4 | I consent to the above substitution: | |
| 5 | Date: 2/25/21 | By: _[signature]_ |
| 6 | | Robert C. Gottlieb |
| 7 | I consent to the above substitution: | |
| 8 | Date: 2/25/2021 | By: _[signature]_ |
| 9 | | Ryan M. Lapine |

IT IS HEREBY ORDERED THAT the Joint Motion for substitution of attorney is hereby granted.

IT IS SO ORDERED:

Dated: _____     By: _____
The Hon. Dana M. Sabraw
Chief United States District Judge

DATED: February 22, 2021

Respectfully submitted,

DIAMOND MCCARTHY LLP

By:  /s/ Ryan M. Lapine
Ryan M. Lapine

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 25, 2021, a true and correct copy of the above and foregoing document has been served on to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/ Ryan M. Lapine*
Ryan M. Lapine