THE JANEY LAW FIRM
Derrelle M. Janey*
djaney@thejaneylawfirm.com
111 Broadway, Suite 701
New York, New York 10006
Telephone: (646) 289-5276
*Admitted Pro Hac Vice*

ROBERT C. GOTTLIEB AND ASSOCIATES PLLC
Robert C. Gottlieb*
rgottlieb@robertcgottlieblaw.com
111 Broadway, Suite 701
New York, New York 10006
Telephone: (212) 566-7766
*Admitted Pro Hac Vice*

DIAMOND McCARTHY LLP
Ryan M. Lapine (SBN 239316)
Ryan.lapine@diamondmccarthy.com
333 South Hope Street, Suite 4050
Los Angeles, California 90071
Telephone: (424) 278-2335
Facsimile: (424) 278-2339

Attorneys for Defendant
Melinda Elizabeth Green

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES RONALD GREEN, JR. (1)<br>MELINDA ELIZABETH GREEN (2),<br><br>Defendants. | Case No. 3:20-cr-01566-DMS<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>Action Filed: June 10, 2020 |

PLEASE TAKE NOTICE THAT, subject to approval by the court, Melinda Elizabeth Green, defendant, substitutes:

BLANCHARD, KRASNER & FRENCH
Kipp Williams (SBN 165688)
kwilliams@bkflaw.com
800 Silverado Street, Second Floor
La Jolla, CA 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

as counsel of record in place of Ryan M. Lapine, who will no longer represent the defendant Melinda Elizabeth Green in this case.

I consent to the above substitution:
Date: 3/25/21

By: _____
Melinda Elizabeth Green

I consent to the above substitution:
Date: 3/26/2021

By: _____
Derrelle M. Janey

I consent to the above substitution:
Date: 3/26/2021

By: _____
Robert C. Gottlieb

I consent to the above substitution:
Date: 3/26/2021

By: _____
Kipp Williams

I consent to the above substitution:
Date: March 26, 2021

By: _____
Ryan M. Lapine

-1-

DATED: March 26, 2021

Respectfully submitted,

BLANCHARD, KRASNER & FRENCH

By: /s/ *Kipp Williams*
Kipp Williams

IT IS HEREBY ORDERED THAT the Joint Motion for substitution of attorney is hereby granted.

IT IS SO ORDERED:

Dated: March 30, 2021

By: [signature]
The Hon. Dana M. Sabraw
Chief United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 26, 2021, a true and correct copy of the above and foregoing document has been served on to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

                                        */s/  Kipp Williams*
                                          Kipp Williams